1 DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
3 801 I Street, 3rd Floor
Sacramento, California  95814
4 Telephone: (916) 498-5700

5 Attorney for Defendant
VICTORINO PORTILLO-TORRES

6

7
IN THE UNITED STATES DISTRICT COURT
8
FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10
UNITED STATES OF AMERICA,      )
11                             ) NO. CR.S-07-525-EJG
            Plaintiff,         )
12                             )
     v.                        )
13                             ) **STIPULATION AND ORDER CONTINUING**
                               ) **STATUS CONFERENCE DATE; EXCLUSION**
14                             ) **OF TIME**
VICTORINO PORTILLO-TORRES,     )
15                             ) Date: February 15, 2008
            Defendant.         ) Time: 10:00 a.m.
16 _____  ) Judge: Hon. Edward J. Garcia

17

18     IT IS HEREBY STIPULATED by and between the parties hereto through

19 their respective counsel, KYLE REARDON, Assistant United States

20 Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant

21 Federal Defender, attorney for Defendant, that the current status

22 conference set for February 1, 2008 be continued to February 15, 2008

23 at 10:00 a.m.

24     This continuance is being requested because Mr. Portillo-Torres

25 has a pending supervised violation petition that is being transferred

26 from the District of Arizona for disposition along with the above case.

27 That case has been assigned number Cr. S. 08-034-EJG.  The parties have

28 not yet received the petition and the case is pending transfer.  The

parties anticipate that they will resolve both the current substantive case and the violation petition in a single proceeding.

Accordingly, counsel agree that time under the Speedy Trial Act from the date this stipulation is lodged, through February 15, 2008, should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 (preparation of counsel).

DATED:   January 30, 2008            Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Defender


                                     /s/ RACHELLE BARBOUR
                                     RACHELLE BARBOUR
                                     Assistant Federal Defender


DATED: January 30, 2008              McGREGOR SCOTT
                                     United States Attorney


                                     /s/ RACHELLE BARBOUR for
                                     KYLE REARDON
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.**  Time is excluded in the interests of justice pursuant to Title 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4.

DATED:   January 30, 2008            /s/ Edward J. Garcia
                                     EDWARD J. GARCIA
                                     United States District Judge

2